**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**
www.scb.uscourts.gov

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE No. 17-03751-dd |
| Melvin Leonard Wimmer, Jr., | ) | |
| | ) | |
| Debtor. | ) | CHAPTER 13 |
| | ) | |

**REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC SERVICE LIST**
**AND MAILING-LABELS MATRIX**

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

The South Carolina Department of Employment and Workforce (SCDEW), a purported creditor in this bankruptcy proceeding, by and through its undersigned counsel, hereby requests the Clerk of the Court to remove SCDEW from this case's CM/ECF electronic service list and the mailing-labels matrix.

The debtor in this case owes no debts to SCDEW. Therefore, it is not necessary that SCDEW be noticed on future filings. The address to be removed from the Mailing-Labels Matrix is as follows:

1. **S.C. Department of Employment & Workforc**
   **P.O. Box 995**
   **Columbia SC 29202**

2. **S.C. Dept. of Employment and Workforce**
   **BPC Collection Unit**
   **P.O. Box 2644**
   **Columbia SC 29202**

                                                /s/ Trey McLeod
                                                E.B. "Trey" McLeod, III
                                                SC District Court #10838
                                                S.C. Department of Employment & Workforce
                                                Post Office Box 8597
                                                Columbia, South Carolina 29202
                                                (803) 737-3043

Date: December 12, 2018                              tmcleod@dew.sc.gov

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2018, SCDEW's **"REQUEST TO BE REMOVED FROM CM/ECF ELECTRONIC SERVICE LIST AND MAILING LABELS MATRIX,"** was served to all parties and/or their counsel of record who receive electronic service.

/s/ Trey McLeod
E.B. "Trey" McLeod, III