

**P.O. Box 995**
**1550 Gadsden Street**
**Columbia, SC 29202**
dew.sc.gov

**Henry McMaster**
Governor

**Jamie D. Suber**
Acting Executive Director

December 13, 2018

Clerk of Court
United States Bankruptcy Court
District of South Carolina

   Re: NOTICE OF WITHDRAWAL OF CLAIM

Dear Clerk:

For the reasons below, notice is given that in accordance with Bankruptcy Rule 3006, the undersigned creditor or authorized agent thereof hereby withdraws the following proof of claim filed in this case:

|  |  |
|---|---|
| Claimant: | Melvin Leonard Wimmer, Jr. |
| Case No. | 17-03751-dd |
| Claim # | 11-1 |
| Filed | 9/25/2017 |
| Amount: | $0.00 |
| Reason: | Filed in error |

Sincerely,

/s/ Trey McLeod

E.B. "Trey" McLeod, III, Esq.
SC District Number 10838
PO Box 995
Columbia, SC 29202
803-737-3043
tmcleod@dew.sc.gov