**UNITED STATES BANKRUPTCY COURT
DISTRICT OF SOUTH CAROLINA
(SPARTENBURG)**

In re:

MELVIN LEONARD WIMMER          Case No. 17-03751-hb

                                  Chapter 7

        Debtor.

_____/

**NOTICE OF WITHDRAWING PROOF OF CLAIM FILED BY
THE U.S. SECURITIES AND EXCHANGE COMMISSION**

The U.S. Securities and Exchange Commission (the "**Commission**"), through undersigned counsel, gives notice that the Commission withdraws the following proof of claim filed in this case:

Claim 15-1 filed on January 11, 2018.

Claim 15-1 is a protective proof of claim and is being withdrawn because the Commission staff has decided not to recommend any monetary claims against the Debtor. No objection has been filed to the SEC's proof of claim.

1

Dated December 17, 2018

                                              Respectfully submitted,

                                              */s/ David W. Baddley*
                                              David W. Baddley, Esq.
                                              Bankruptcy Counsel
                                              Florida Bar No. 0148393
                                              Tel: (404) 842-7625
                                              Fax: (404) 842-7633
                                              baddleyd@sec.gov

                                              COUNSEL FOR U.S. SECURITIES AND
                                              EXCHANGE COMMISSION
                                              Atlanta Regional Office
                                              950 East Paces Ferry Road, Suite 900
                                              Atlanta, Georgia 30326-1382

**CERTIFICATE OF SERVICE**

    I certify that a true and correct copy of the foregoing Notice was served this 17th day of December, 2018 upon all ECF Participants via the Court's CM/ECF filing system.

                                              */s/ David W. Baddley*