**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

In re: WIMMER, MELVIN LEONARD, JR.   § Case No. 17-03751-DD
§
§
§

Debtor(s)

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 07/30/2017. The undersigned trustee was appointed on 07/30/2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $       159,700.00

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 110,486.75 |
| Administrative expenses | 16,702.98 |
| Bank service fees | 69.40 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of[1]   $ | 32,440.87 |

The remaining funds are available for distribution.

---
[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011)

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 11/02/2017 and the deadline for filing governmental claims was 01/26/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $10,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $10,000.00, for a total compensation of $10,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00 for total expenses of $0.00[2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/24/2019                    By: /s/ John K. Fort
                                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

[2]If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A

Page: 1

| Case No.: | 17-03751-DD | Trustee Name: | (600020) John K. Fort |
| --- | --- | --- | --- |
| Case Name: | WIMMER, MELVIN LEONARD JR. | Date Filed (f) or Converted (c): | 07/30/2017 (f) |
| | | § 341(a) Meeting Date: | 08/28/2017 |
| For Period Ending: | 09/24/2019 | Claims Bar Date: | 11/02/2017 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| --- | --- | --- | --- | --- | --- | --- |
| 1 | 102 English Court, Greenwood, SC 29649-0000, Greenwood County<br>Single-family home. Entire property value: $400,000.00 | 200,000.00 | 0.00 | | 0.00 | FA |
| 2 | 111 Inlet Point, Cross Hill, SC 29332-0000, Laurens County<br>Other: home. Entire property value: $180,000.00 estimated initially. Sale was through a "carveout" with the secured creditors see docket #50 which says: South State Bank has a lien on the property for over $185,000.00 and has agreed to a carve out for the Bankruptcy Estate of 10% of the gross proceeds. Further, all expenses of sale and Auction commissions are to be paid from the gross proceeds. South State has set a reserve of $100,000.00 on the Auction. Tammy B. Wimmer is the joint owner of the property and has consented to the Sale and the proceeds going to the estate and South State Bank. | 90,000.00 | 0.00 | | 139,700.00 | FA |
| 3 | Lots 149 and 149A Eagles Harbor Drive, Hodges, SC 29653-0000, Greenwood County<br>Land, Lots 149 & 149A, Phase II, Tax Map No. 6950-342-768 - Debtor's mother conveyed to Debtor to grant access to community facilities on 02/21/2016.. Entire property value: $16,000.00 | 8,000.00 | 8,000.00 | | 20,000.00 | FA |
| 4 | Automobiles, trucks, trailers<br>Good Condition. Entire property value: $8,800.00 | 8,800.00 | 0.00 | | 0.00 | FA |
| 5 | Automobiles, trucks, trailers<br>Good condition - Purchased June 9, 2017, from Fair Price Auto Sales, LLC, 4000 Dorchester Road, North Charleston, SC 29405 for $5,575.00 with Debtor's spouse's savings.. Entire property value: $2,100.00 | 2,100.00 | 0.00 | | 0.00 | FA |
| 6 | Automobiles, trucks, trailers<br>Black exterior, leather interio, good condition, VIN 1GNDT13W5Y2153317. Entire property value: $500.00 | 500.00 | 455.90 | | 0.00 | FA |
| 7 | Household goods | 4,000.00 | 0.00 | | 0.00 | FA |
| 8 | Household goods | 250.00 | 0.00 | | 0.00 | FA |
| 9 | Firearms and sports | 175.00 | 0.00 | | 0.00 | FA |
| 10 | Firearms | 500.00 | 500.00 | | 0.00 | FA |
| 11 | Wearing apparel | 300.00 | 0.00 | | 0.00 | FA |
| 12 | Furs and jewelry | 1,100.00 | 0.00 | | 0.00 | FA |
| 13 | Cash on hand. | 220.00 | 0.00 | | 0.00 | FA |
| 14 | Checking, savings or other financial accounts | 2,126.29 | 0.00 | | 0.00 | FA |
| 15 | Checking, savings or other financial accounts | 1,078.67 | 0.00 | | 0.00 | FA |
| 16 | Checking, savings or other financial accounts | 4.35 | 0.00 | | 0.00 | FA |

UST Form 101-7-TFR (5/1/2011)

**Form 1**

**Individual Estate Property Record and Report**

**Asset Cases**

Exhibit A

Page: 2

Case No.: 17-03751-DD
Case Name: WIMMER, MELVIN LEONARD JR.

For Period Ending: 09/24/2019

Trustee Name: (600020) John K. Fort
Date Filed (f) or Converted (c): 07/30/2017 (f)
§ 341(a) Meeting Date: 08/28/2017
Claims Bar Date: 11/02/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 17 | Checking, savings or other financial accounts | 135.48 | 0.00 | | 0.00 | FA |
| 18 | Checking, savings or other financial accounts | 50.09 | 0.00 | | 0.00 | FA |
| 19 | Checking, savings or other financial accounts | 112.20 | 0.00 | | 0.00 | FA |
| 20 | Checking, savings or other financial accounts | 26.00 | 0.00 | | 0.00 | FA |
| 21 | Checking, savings or other financial accounts | 2.82 | 0.00 | | 0.00 | FA |
| 22 | Non-publicly traded stock and interests | 0.00 | 0.00 | | 0.00 | FA |
| 23 | Interests in IRA | 15,000.00 | 0.00 | | 0.00 | FA |
| **23** | **Assets Totals (Excluding unknown values)** | **$334,480.90** | **$8,955.90** | | **$159,700.00** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 3

| | |
|---|---|
| Case No.: 17-03751-DD | Trustee Name: (600020) John K. Fort |
| Case Name: WIMMER, MELVIN LEONARD JR. | Date Filed (f) or Converted (c): 07/30/2017 (f) |
| | § 341(a) Meeting Date: 08/28/2017 |
| For Period Ending: 09/24/2019 | Claims Bar Date: 11/02/2017 |

**Major Activities Affecting Case Closing:**

Post 341 Notes:
Following questions were asked. Answers are on legal pad in file.
Linda Barr asked many questions and his answers seemed to contradict what he had said in the Cornerstone 341 and in the questions asked by John at the beginning of the 341. John cross examined with questions about the Loan Application for Inlet Point, Cross Land property. Wimmer agreed that the asset of $423K that was listed on the Application was Cornerstone money, not his.
Representative of South West (?) bank asked questions about his intention with Cross Land house.
Mr. Turner spoke of Wimmer's December 18, 2014 visit when he offered a "bonus for any investment made before the end of the year. At that point, Mr. Turner gave Wimmer a check for $50,000. the last of his money from the sale of his hardware store.

What relation are you to:
Joyce Hughston
Jeanne Hughston
Barbara A. Cobb
Barbara A. Willis
Betty A. Babb
Carl Cobb
Charles Davies
Judith Davies
Claudia Dority
David Dority
D. Hughston Armstrong
Edwin Brown
Annie Brown
Howard "Chip" Turner
Kenneth Babb
Betty Babb
Michael Bream
Beth Bream
Shaley Bream
Sid Bream
Michele Bream
Tyler Bream
Victoria Jackson

Is there anyone else that ever let Cornerstone manage their investments/retirement

Who owns 960 Eagles Harbor Dr?

Why does the tax bill go to you?

Have you ever owned it?

Need to know ALL corporations that Lee Wimmer has an interest. Cornerstone Capital and Global Recruiters are listed as businesses on SOFA in Cornerstone. Why aren't they listed on Schedule B? Need to have bank records for these to companies.

What is your wife's full name?
In the last 10 years, has she had any income or other financial resources other than Cornerstone Enterprises of Greenwood, Inc.?

When (dates ) were you licensed to sell securities or any other investment instrument?   When was your license revoked?
When did you leave the employment of County Bank? Have you applied for any investment or security licenses since 2007?

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 4

| | |
|---|---|
| Case No.: 17-03751-DD | Trustee Name: (600020) John K. Fort |
| Case Name: WIMMER, MELVIN LEONARD JR. | Date Filed (f) or Converted (c): 07/30/2017 (f) |
| | § 341(a) Meeting Date: 08/28/2017 |
| For Period Ending: 09/24/2019 | Claims Bar Date: 11/02/2017 |

Who are the persons involved in Profit sharing Plan & Trust?

Name all business entities you have either owned, started or been affiliated with the last 15 years.

Please provide me with the Minutes of meetings for the last 2 years for the all business entities you own or are affiliated with.

On your tax return in 2011 you deducted $25, 217 in interest expenses. In 2012 it was $23,001. Then in 2013 it dropped to $12,370. What changed? Who did you payoff?

Did you pay Corporate Taxes for Cornerstone (Tax Form 1120)?

When did you purchases the Inlet Point lot in Cross Hill, SC? How did you pay for it?

I need a list of all Debit Cards used in the Bank of America Cornerstone Enterprises accounts. I need the Acct # and the Name of the Person using that debit card.
Need to have a list of all Debit cards used by your family and others in your Personal bank account. Need Debit card # and Name of the Person using that debit card.
(some of this info may be used for Fraudulent Transfers (D Ramsey) and other may be used for IRS income)

Where is the ford Pickup Truck? Who drives it? (Listed in Cornerstone)

Do you presently own a boat?

How many boats have you ever owned?

Greenwood County records say you own a 2003 Yamaha, are you familiar with that boat?

Did you sell it? When? to whom? how much? When did you last use it?

SOFA 18 you say no transfers in the last year?

Family income? Has your wife worked the last 5 years? What were her duties? How many hours per week did she work?

But for you owning the company do you think anyone would pay her that much for those duties?

Factors for piercing corporate veil
1) whether the corporation was grossly undercapitalized;
(2) failure to observe corporate formalities;
(3) non-payment of dividends;
(4) insolvency of the debtor corporation at the time;
(5) siphoning of funds of the corporation by the dominant stockholder;
(6) non-functioning of other officers or directors;
(7) absence of corporate records; and
(8) the fact that the corporation was merely a facade for the operations of the dominant stockholder.


You and your wife, Tammy signed the Application for the Inlet Point loan on approximately Feb.21, 2017. When did you start receiving draws on that loan?

What bank account did you put the money from the draws?

What was the total amount you received?

Who was paid with the draws?

03/06/18 Application to Employ Auctioneer, Julian E. Howell, III

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 5

| | |
|---|---|
| Case No.: 17-03751-DD | Trustee Name: (600020) John K. Fort |
| Case Name: WIMMER, MELVIN LEONARD JR. | Date Filed (f) or Converted (c): 07/30/2017 (f) |
| | § 341(a) Meeting Date: 08/28/2017 |
| For Period Ending: 09/24/2019 | Claims Bar Date: 11/02/2017 |

03/08/18 Letter sent to Joyce Hughston asking if she wanted to buy Lee Wimmer's 1/2 interest in 960 Eagles Harbor Dr., Hodges, SC

3/13/18 Mother said not interested in purchasing lake property

3/14/18 emailed her to see if she would consent t a 363 sale ad we split the proceeds
3/14/18 Mrs. Hughston agreed to Trustee selling Hodges, SC property and splitting the profits of Sale. Emailed B. Howe with property details for him to sell. He is already appointed as Auctioneer/Sales Agent
3/14/18 B. Howe says there are 2 lots at Saluda River property. Looked up on Realtor.com and 945 Eagles Harbor Dr., Hodges, SC = $190,000. and 960 Eagles Harbor Dr., Hodges, SC = $215,000. B. Howe will proceed to sell both lots.

03/21/18 Order Authorizing Employment of Howell signed by Judge. Emailed to Jeb Howell.

3/22 Notice of Sale Inlet Point.

4/17/18 hearing on discharge waiver

DAVID DUNCAN added to case

4/20/18 Order approving sale

5/9/18 Auction contract executed

5/31/18  Deed sent t closing atty

6/12/18 follow up on why no check yet

6/27/18 letter from Adams requesting a warranty deed.  Responded I always do quit claims

Need to keep open as long as Cornerstone 17-03127 is open

8/1/18 Josh ref property at lake with Hughston

11/15/18 parameter to Josh ref sale

12/5/18 Notice of Sale by josh. wait Order

1/4/19  Order approving sale.  Do Report of sale when   receive $

3/20/19  wrote Josh ref. $ for lake lot

3/28/19  signed and mailed deed

4/15/19 Deposited Funds (19,810.25) for sale of Eagle Harbor lots 149 and 149A to Mrs., Hughston.

5/15/19  wait for end of Cornerstone lawsuits

6/15/19 still waiting--close July maybe
07/30/19 Objections to Claims filed with Court
8/20/19 Settlement of Bank of America in Cornerstone Enterprises case
Wait for Orders on Claims and prepare to close.

09/05/19 Order Setting Claims filed. Served on Claimants.

**UST Form 101-7-TFR (5/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 6

**Case No.:** 17-03751-DD  
**Case Name:** WIMMER, MELVIN LEONARD JR.  

**Trustee Name:** (600020) John K. Fort  
**Date Filed (f) or Converted (c):** 07/30/2017 (f)  
**§ 341(a) Meeting Date:** 08/28/2017  

**For Period Ending:** 09/24/2019  

**Claims Bar Date:** 11/02/2017  

**Initial Projected Date Of Final Report (TFR):** 07/31/2019   **Current Projected Date Of Final Report (TFR):** 12/20/2019

**Form 2**

**Cash Receipts And Disbursements Record**

Exhibit B

Page: 1

| Case No.: | 17-03751-DD | Trustee Name: | John K. Fort (600020) |
|---|---|---|---|
| Case Name: | WIMMER, MELVIN LEONARDJR. | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***7375 | Account #: | ******4200 Checking |
| For Period Ending: | 09/24/2019 | Blanket Bond (per case limit): | $3,000,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 06/14/18 |  | Tinsley & Adams, LLP | Liquidation of Lake House, 111 Inlet Pointe, Cross Hill, SC Order docket #50 |  | 12,900.00 |  | 12,900.00 |
|  |  | Tinsley & Adams | Abstract, wiring fee and Document prep.  -$330.00 | 3991-000 |  |  |  |
|  |  | David G White PA | Deed preparation  -$250.00 | 2500-000 |  |  |  |
|  |  | Laurens County | Recording fees  -$523.00 | 2500-000 |  |  |  |
|  |  | Crystal Bay Homeowners Assoc | -$210.25 | 2500-000 |  |  |  |
|  |  | Laurens County | real property taxes  -$2,371.77 | 4700-000 |  |  |  |
|  |  | Auction Management Corporation | -$2,500.00 | 3620-000 |  |  |  |
|  | {2} | Tinsley & Adams, LLP | Sale of real estate--111 Inlet Pointe, Cross Hill, SC. Reference is made to docket #38 and #50. The net to estate should be $12,700. so $200 will be returned to the mortgage creditor  $139,700.00 | 1110-000 |  |  |  |
|  |  | South State Bank | Partial payment of South State's judgment  -$107,914.98 | 4110-000 |  |  |  |
|  |  | Howell, Auction Corportion | Payment for sales agent  -$12,700.00 | 3610-000 |  |  |  |
| 06/18/18 | 101 | South State Bank | Overpayment to Ch 7 Trustee at Sale Closing | 4110-000 |  | 200.00 | 12,700.00 |
| 06/29/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 10.00 | 12,690.00 |
| 07/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 19.46 | 12,670.54 |
| 08/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 18.82 | 12,651.72 |
| 09/28/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 9.70 | 12,642.02 |
| 10/31/18 |  | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 |  | 11.42 | 12,630.60 |
| 12/20/18 |  | Transfer Debit to Metropolitan Commercial Bank acct ******4717 | Transition Debit to Metropolitan Commercial Bank acct 3910004717 | 9999-000 |  | 12,630.60 | 0.00 |
|  |  | **COLUMN TOTALS** |  |  | 12,900.00 | 12,900.00 | $0.00 |
|  |  | Less: Bank Transfers/CDs |  |  | 0.00 | 12,630.60 |  |
|  |  | **Subtotal** |  |  | 12,900.00 | 269.40 |  |
|  |  | Less: Payments to Debtors |  |  |  | 0.00 |  |
|  |  | **NET Receipts / Disbursements** |  |  | **$12,900.00** | **$269.40** |  |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**            **Exhibit B**

# Cash Receipts And Disbursements Record

Page: 2

| **Case No.:** | 17-03751-DD | **Trustee Name:** | John K. Fort (600020) |
|---|---|---|---|
| **Case Name:** | WIMMER, MELVIN LEONARD JR. | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7375 | **Account #:** | ******4717 Checking Account |
| **For Period Ending:** | 09/24/2019 | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 12/20/18 | | Transfer Credit from Rabobank, N.A. acct ******4200 | Transition Credit from Rabobank, N.A. acct 5022384200 | 9999-000 | 12,630.60 | | 12,630.60 |
| 04/13/19 | | McDonald Patrick Poston | Lots 149 and 149A Eagles Harbor Drive, Hodges, SC | | 19,810.27 | | 32,440.87 |
| | | Greenwood County | Greenwood County Taxes  -$189.73 | 2820-000 | | | |
| | {3} | Joyce Hughston | Lot 149 and Lot 149A, Eagles Harbor Dr., Hodges, SC  $20,000.00 | 1110-000 | | | |
| | | **COLUMN TOTALS** | | | 32,440.87 | 0.00 | $32,440.87 |
| | | | Less: Bank Transfers/CDs | | 12,630.60 | 0.00 | |
| | | **Subtotal** | | | 19,810.27 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | **NET Receipts / Disbursements** | | | **$19,810.27** | **$0.00** | |

*{ } Asset Reference(s)*      **UST Form 101-7-TFR (5/1/2011)**      *! - transaction has not been cleared*

**Form 2**

Exhibit B
Page: 3

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 17-03751-DD | | **Trustee Name:** | John K. Fort (600020) |
| **Case Name:** | WIMMER, MELVIN LEONARD JR. | | **Bank Name:** | Metropolitan Commercial Bank |
| **Taxpayer ID #:** | **-***7375 | | **Account #:** | ******4717 Checking Account |
| **For Period Ending:** | 09/24/2019 | | **Blanket Bond (per case limit):** | $3,000,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $32,710.27 |
| Plus Gross Adjustments: | $126,989.73 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $159,700.00 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******4200 Checking | $12,900.00 | $269.40 | $0.00 |
| ******4717 Checking Account | $19,810.27 | $0.00 | $32,440.87 |
| | **$32,710.27** | **$269.40** | **$32,440.87** |

UST Form 101-7-TFR (5/1/2011)

Printed: 09/24/2019 7:45 AM

Page: 1

# Exhibit C

## Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| Atty Exp. | ROE CASSIDY COATES & PRICE, PA<br>P. O. Box 10529<br>Greenville, SC 29603<br><br><3220-00 Attorney for Trustee Expenses (Other Firm) >, 200 | Admin Ch. 7<br>05/22/19 | Application filed 5/22/19 and allowed in full. Need to compromise to comply with the 50/50 Distribution Rule | $ 393.57<br>$ 0.00 | $0.00 | $0.00 |
| Atty Fee | ROE CASSIDY COATES & PRICE, PA<br>P. O. Box 10529<br>Greenville, SC 29603<br><br><3210-00 Attorney for Trustee Fees (Other Firm)>, 200 | Admin Ch. 7<br>05/22/19 | Application filed on 5/22/19 and approved in full. Need to compromise to comply with the 50/50 rule | $ 7,924.11<br>$ 6,000.00 | $0.00 | $6,000.00 |
| Auctioneer | Howell, Auction Corportion<br><br><3610-00 Auctioneer/Liquidator for Trustee Fees>, 200 | Admin Ch. 7<br>03/06/18 | | $ 0.00<br>$ 12,700.00 | $12,700.00 | $0.00 |
| FEE | John K. Fort<br>PO BOX 789<br>DRAYTON, SC 29333<br><br><2100-00 Trustee Compensation>, 200 | Admin Ch. 7<br>09/23/19 | Need to compromise to comply with the 50/50 rule | $ 10,000.00<br>$ 10,000.00 | $0.00 | $10,000.00 |
| Greenwood County | Greenwood County<br><br><2820-00 Other State or Local Taxes (post-petition)>, 200 | Admin Ch. 7<br>04/13/19 | Property Taxes for Lot 149 and Lot 149A, Eagles Harbor Drive, Hodges, SC Purchased by Joyce Hughston | $ 189.73<br>$ 189.73 | $189.73 | $0.00 |

Printed: 09/24/2019 7:45 AM

Page: 2

# Exhibit C

## Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| TE | John K. Fort<br>PO BOX 789<br>DRAYTON, SC 29333<br><br><2200-00 Trustee Expenses>, 200 | Admin Ch. 7<br>09/23/19 | Need to compromise to comply with the 50/50 Distribution Rule. | $ 319.60<br>$ 0.00 | $0.00 | $0.00 |
| 1 | Carl Cobb<br>172 Bayberry Ln<br>Cranberry twp., PA 16066<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/07/17 | Order docket #85   9/5/19 | $ 111,003.73<br>$ 67,400.00 | $0.00 | $67,400.00 |
| 2 | Barbara A Cobb<br>172 Bayberry Ln<br>Cranberry Twp., PA 16066<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/07/17 | Order docket #86   9/5/19 | $ 64,578.75<br>$ 51,000.00 | $0.00 | $51,000.00 |
| 3 | DAVID DORITY<br>504 MARIETTA DRIVE<br>GREENWOOD, SC 29646<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/11/17 | Order docket #87   9/5/19 | $ 233,047.50<br>$ 233,047.00 | $0.00 | $233,047.00 |
| 4 | CLAUDIA DORITY<br>504 MARIETTA DRIVE<br>GREENWOOD, SC 29646<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/11/17 | Order docket #87   9/5/19 | $ 157,145.76<br>$ 157,145.00 | $0.00 | $157,145.00 |

Printed: 09/24/2019 7:45 AM

Page: 3

# Exhibit C

## Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 5 | DAVID DORITY AND CLAUDIA DORITY<br>504 MARIETTA DRIVE<br>GREENWOOD, SC 29646<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/11/17 | Order docket #89  9/5/19 | $ 365,664.26<br>$ 272,000.00 | $0.00 | $272,000.00 |
| 6 | HOWARD H TURNER JR<br>306 POPLAR HILL RD<br>NINETY SIX, SC 29666<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/11/17 | Disallow. Duplicate of Claim 7. Order docket #90  9/5/19 | $ 135,209.73<br>$ 0.00 | $0.00 | $0.00 |
| 7 | HOWARD H TURNER JR<br>306 POPLAR HILL RD<br>NINETY SIX, SC 29666<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/11/17 | Order docket #91  9/5/19 | $ 549,927.01<br>$ 483,905.00 | $0.00 | $483,905.00 |
| 8 | Snead Builders<br>600 Ellison Avenue<br>Greenwood, SC 29649<br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>08/21/17 | | $ 4,209.63<br>$ 4,209.63 | $0.00 | $4,209.63 |

Printed: 09/24/2019 7:45 AM

Page: 4

# Exhibit C

## Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ &lt;Category&gt;, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9 | South State Bank<br>Po Box 118068<br>North Charleston, SC 29423<br><br>&lt;4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)&gt;, 100 | Secured<br>09/18/17<br><br><br><br>10/03/2017 08:19:50 | 111 Inlet Pointe, Cross Hill, SC<br><br>Secured: $185,034.13<br>Administrative Chapter 7: $185,034.13<br>Claim Amount: $185,034.13 | $ 185,034.13<br>$ 108,114.98 | $108,114.98 | $0.00 |
| 9u | South State Bank<br>Po Box 118068<br>North Charleston, SC 29423<br><br>&lt;7100-00 Section 726(a)(2) General Unsecured Claims&gt;, 610 | Unsecured<br>09/18/17 | 111 Inlet Pointe, Cross Hill, SC. Unsecured portion after sale | $ 185,034.13<br>$ 76,915.15 | $0.00 | $76,915.15 |
| 10 | South State Bank<br>Po Box 118068<br>North Charleston, SC 29423<br><br>&lt;4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)&gt;, 100 | Secured<br>09/18/17<br><br><br><br>10/03/2017 08:19:50 | Claim is allowed but will not receive a distribution. Order Docket #92  9/5/19<br><br>Secured: $44,481.58<br>Administrative Chapter 7: $44,481.58<br>Claim Amount: $44,481.58 | $ 44,481.58<br>$ 0.00 | $0.00 | $0.00 |
| 11 | S.C. Department of Employment & Workforc<br>P.O. Box 995<br>Columbia, SC 29202<br><br>&lt;7100-00 Section 726(a)(2) General Unsecured Claims&gt;, 610 | Unsecured<br>09/25/17 | | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |

Printed:  09/24/2019 7:45 AM

Page: 5

# Exhibit C

## Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12 | Best Egg/sst<br>4315 Pickett Rd<br>Saint Joseph, MO 64503<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>10/19/17 | | $ 32,390.41<br>$ 32,390.41 | $0.00 | $32,390.41 |
| 13 | USAA Savings Bank C O WEINSTEIN & RILEY, PS<br>2001 WESTERN AVENUE, STE 400<br>SEATTLE, WA 98121<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>11/01/17 | | $ 18,708.08<br>$ 18,708.08 | $0.00 | $18,708.08 |
| 14 | Bank Of America, N.A.<br>PO BOX 31785<br>Tampa, FL 33631-3785<br><br><4110-00 Real Estate - Consensual Liens (mortgages, deeds of trust)>, 100 | Secured<br>11/02/17 | Claim is allowed as secured but will not receive a distribution.  Order docket #93   9/5/19 | $ 2,876.27<br>$ 0.00 | $0.00 | $0.00 |
| 15 | U.S. Seucities and Exchange Commission<br>950 East Paces Ferry Rd.,NE Suite 9<br>Attn: Debbie Hampton<br>Atlanta, GA 30326<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>09/23/19 | Claim Withdrawn  12/17/18 | $ 0.00<br>$ 0.00 | $0.00 | $0.00 |
| 16 | Best Egg/sst<br>4315 Pickett Rd.<br>St. Joseph, MO 64503<br><br><7100-00 Section 726(a)(2) General Unsecured Claims>, 610 | Unsecured<br>09/13/18 | Deadline to file Claim was 11/02/17. Tardily Filed | $ 24,000.00<br>$ 0.00 | $0.00 | $0.00 |

Printed:  09/24/2019 7:45 AM

Page:  6

# Exhibit C

# Claims Register

**Case: 17-03751-DD MELVIN LEONARD WIMMER, JR.**

**Claims Bar Date:** 11/2/17 12:00

| Claim # | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Acct#/ Memo/Journal | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | | | | **Case Total:** | $121,004.71 | $1,412,720.27 |

**TRUSTEE'S PROPOSED DISTRIBUTION**

Exhibit D

Case No.: 17-03751-DD
Case Name: MELVIN LEONARD WIMMER, JR.
Trustee Name: John K. Fort

**Balance on hand:**   $            32,440.87

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 10 | South State Bank | 44,481.58 | 0.00 | 0.00 | 0.00 |
| 14 | Bank Of America, N.A. | 2,876.27 | 0.00 | 0.00 | 0.00 |
| 9 | South State Bank | 185,034.13 | 108,114.98 | 108,114.98 | 0.00 |

Total to be paid to secured creditors:   $            0.00
Remaining balance:   $            32,440.87

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - John K. Fort | 10,000.00 | 0.00 | 10,000.00 |
| Trustee, Expenses - John K. Fort | 0.00 | 0.00 | 0.00 |
| Auctioneer Fees - Howell, Auction Corportion | 12,700.00 | 12,700.00 | 0.00 |
| Other State or Local Taxes (post-petition) - Greenwood County | 189.73 | 189.73 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - ROE CASSIDY COATES & PRICE, PA | 6,000.00 | 0.00 | 6,000.00 |
| Attorney for Trustee Expenses (Other Firm)  - ROE CASSIDY COATES & PRICE, PA | 0.00 | 0.00 | 0.00 |

Total to be paid for chapter 7 administrative expenses:   $            16,000.00
Remaining balance:   $            16,440.87

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $            0.00
Remaining balance:   $            16,440.87

**UST Form 101-7-TFR(5/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 16,440.87 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $1,396,720.27 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Carl Cobb | 67,400.00 | 0.00 | 793.38 |
| 2 | Barbara A Cobb | 51,000.00 | 0.00 | 600.32 |
| 3 | DAVID DORITY | 233,047.00 | 0.00 | 2,743.21 |
| 4 | CLAUDIA DORITY | 157,145.00 | 0.00 | 1,849.76 |
| 5 | DAVID DORITY AND CLAUDIA DORITY | 272,000.00 | 0.00 | 3,201.73 |
| 6 | HOWARD H TURNER JR | 0.00 | 0.00 | 0.00 |
| 7 | HOWARD H TURNER JR | 483,905.00 | 0.00 | 5,696.07 |
| 8 | Snead Builders | 4,209.63 | 0.00 | 49.55 |
| 9u | South State Bank | 76,915.15 | 0.00 | 905.37 |
| 11 | S.C. Department of Employment & Workforc | 0.00 | 0.00 | 0.00 |
| 12 | Best Egg/sst | 32,390.41 | 0.00 | 381.27 |
| 13 | USAA Savings Bank C O WEINSTEIN & RILEY, PS | 18,708.08 | 0.00 | 220.21 |
| 15 | U.S. Seucities and Exchange Commission | 0.00 | 0.00 | 0.00 |
| 16 | Best Egg/sst | 0.00 | 0.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 16,440.87 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-TFR(5/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR(5/1/2011)**